UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN DERGHAM, etc., et al.,

    Plaintiffs,

v.                                    Case No. 8:10-cv-548-T-30TGW

JOSEPH ABDO, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (Dkt. #12) and the Notice of Voluntary Dismissal as to Derivative Plaintiff/Nominal Defendant Jericho Energy Company, Inc. (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal as to Derivative Plaintiff/Nominal Defendant Jericho Energy Company, Inc. (Dkt. #13) is GRANTED.

2. The Joint Stipulation of Dismissal Without Prejudice (Dkt. #12) is GRANTED.

3. This cause is dismissed without prejudice, with each party to bear their own costs.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-548.dismiss 12.wpd